# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HERIBERTO PLAZA, JR.,

    Plaintiff(s),

v.

GEICO DIRECT, et al.,

    Defendant(s).

Case No.: 2:19-cv-01954-JCM-NJK

**ORDER**

On March 3, 2020, the Court ordered the parties to file "a discovery plan that complies with Local Rule 26-1 no later than March 10, 2020." Docket No. 14. The parties failed to do so. *See* Docket. The Court **ORDERS** the parties to file a discovery plan that complies with Local Rule 26-1 no later than March 20, 2020. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: March 17, 2020

                                                  Nancy J. Koppe
                                                United States Magistrate Judge