Jared R. Richards, Esq.
Nevada Bar No. 11254
Dustin E. Birch, Esq.
Nevada Bar No. 10517
CLEAR COUNSEL LAW GROUP
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
Phone: (702) 476-5900
Fax: (702) 924-0709
jared@clearcounsel.com
dustin@clearcounsel.com
*Attorneys for Plaintiff*
*Heriberto Plaza, Jr.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HERIBERTO PLAZA, JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO DIRECT; GEICO GENERAL INSURANCE COMPANY; DOES I through V; and ROE CORPORATIONS I through V,<br><br>Defendants. | CASE NO.: 2:19-cv-01954-JCM-NJK |

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT
GEICO DIRECT WITHOUT PREJUDICE AND FOR CORRECTION OF CAPTION**

Plaintiff Heriberto Plaza, Jr., by and through his counsel of record, Dustin E. Birch, Esq. of Clear Counsel Law Group, and Defendant Geico General Insurance Company, by and through its counsel Wade M. Hansard, Esq. and Jonathan W. Carlson, Esq. of McCormick, Barstow, Sheppard, Wayte & Carruth, hereby stipulate as follows:

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff and Defendant that DEFENDANT GEICO DIRECT be dismissed from this action, without prejudice, and it is

FURTHER STIPULATED and AGREED that the caption be corrected removing Geico Direct from same, becoming effective immediately upon the Court approving this Stipulation and Order for Dismissal of Defendant Geico Direct Without Prejudice and for Correction of Caption.

DATED this 25th day of March 2020.

| CLEAR COUNSEL LAW GROUP | MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP |
|---|---|
| */s/ Dustin E. Birch*<br>Jared R. Richards, Esq.<br>Nevada Bar No. 11254<br>Dustin E. Birch, Esq.<br>Nevada Bar No. 10517<br>1671 W. Horizon Ridge Pkwy, Suite 200<br>Henderson, NV 89012<br>jared@clearcounsel.com<br>dustin@clearcounsel.com<br>*Attorneys for Plaintiff*<br>*Heriberto Plaza, Jr.* | */s/ Jonathan W. Carlson*<br>Wade M. Hansard, Esq.<br>Nevada Bar. No. 8104<br>Jonathan W. Carlson, Esq.<br>Nevada Bar No. 10536<br>Renee M. Maxfield, Esq.<br>Nevada Bar No. 12814<br>8337 West Sunset Road, Suite 350<br>Las Vegas, NV  89113<br>Wade.hansard@mccormickbarstow.com<br>Jonathan.carlson@mccormickbarstow.com<br>Renee.maxfield@mccormickbarstow.com<br>*Attorneys for Defendant Geico General Insurance Company* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** March 30, 2020

- 2 -