# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HERIBERTO PLAZA, JR., <br><br> Plaintiff(s), <br><br> v. <br><br> GEICO GENERAL INSURANCE COMPANY, <br><br> Defendant(s). | Case No.: 2:19-cv-01954-JCM-NJK <br><br> **ORDER** |

The joint proposed pretrial order was due on October 9, 2020. Docket No. 28. To date, one has not been filed. Accordingly, the parties must file a joint proposed pretrial order by November 9, 2020.

IT IS SO ORDERED.

Dated: October 26, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1