UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HERIBERTO PLAZA, JR., | Case No. 2:19-CV-1954 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| GEICO DIRECT, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Heriberto Plaza, Jr. v. Geico General Insurance Company, et al.*, case number 2:19-cv-01954-JCM-NJK.

Having reviewed the parties' joint pre-trial order, this court orders the parties to inform this court why this matter should not be dismissed. The proposed joint pretrial order states that there are no "issues of fact to be tried and determined at trial . . . at this time." (ECF No. 31). It also states that there are no "issues of law to be tried and determined at trial"; "[t]he relevant areas of law are settled." (*Id.*).

Thus, this court is unsure why this matter is still in litigation, let alone ready for trial with no issues of fact or law to adjudicate. To date, neither party has moved for judgment of any sort, summary or otherwise.

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1      The parties are ordered to file a status report addressing this court's concerns within 7
2  days from the entry of this order.
3      Accordingly,
4      IT IS SO ORDERED.
5      DATED November 12, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**