WADE M. HANSARD, ESQ.
Nevada Bar No. 8104
*whansard@mbswc.com*
JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
*jcarlson@mbswc.com*
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERIBERTO PLAZA, JR., an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>GEICO GENERAL INSURANCE COMPANY; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>   Defendants. | CASE NO.   2:19-cv-1954-JCM-NJK<br><br>**PROPOSED JOINT PRE-TRIAL ORDER** |

After pretrial proceedings in this case,

IT IS SO ORDERED:

**I.**

This is an action for:

This is an action for breach of contract and bad faith arising out of an insurance policy for underinsured motorist ("UIM") coverage.

Plaintiff's Complaint brings forth causes of action against Defendant for breach of contract, unfair claims practice violations, and breach of the covenant of good faith and fair dealing based on damages Plaintiff alleges arise out of injuries sustained in an automobile accident occurring on or about February 24, 2018.

///

PROPOSED JOINT PRE-TRIAL ORDER
CASE NO. 2:19-cv-1954-JCM-NJK

Defendant filed a Motion to Dismiss with the Court on November 14, 2019. The Court issued an Order on January 2, 2020, dismissing Plaintiff's claims for bad faith and unfair claims practices without prejudice. Plaintiff did not file an amended complaint.

Plaintiff's Complaint seeks relief in the form of general, special, and punitive damages, prejudgment interest, reasonable attorney fees, costs of suit, and for such other and further relief as the Court deems proper.

Defendant submits that it has not breached the policy with Plaintiff in relation to any UIM benefits.

**II.**

Statement of jurisdiction:

This action was originated by the filing of a Complaint in the Eighth Judicial District Court, Clark County, Nevada on October 3, 2019. Defendant removed the case from State Court to Federal Court on November 7, 2019, citing diversity between the parties and that this Court has jurisdiction of the matter under 28 U.S.C. § 1332 and 28 U.S.C. § 1441(b).

**III.**

The following facts are admitted by the parties and require no proof:

1. Plaintiff was involved in an automobile accident on September 3, 2014;
2. The underlying tort carrier possessed policy limits in the amount of $15,000.00, for which GEICO is entitled to claim an offset;
3. At the same time and place, Plaintiff was insured by Defendant with applicable underinsured motorist ("UIM") limits of $300,000.00 per person and $300,000.00 each occurrence. The policy provisions are incorporated herein by this reference; and
4. On July 24, 2019, Plaintiff demanded payment of the UIM policy limit.

**IV.**

The following facts, though not admitted, will not be contested at trial by evidence to the contrary: None at this time.

PROPOSED JOINT PRE-TRIAL ORDER
CASE NO. 2:19-cv-1954-JCM-NJK

**V.**

The following are the issues of fact to be tried and determined at trial: Amount of Plaintiff's entitlement to contractual underinsured motorist benefits under the breach of contract cause of action under his UIM policy as a result of injuries sustained in the September 3, 2014, motor vehicle accident.

**VI.**

The following are the issues of law to be tried and determined at trial.

1. None. The relevant areas of law are settled.

    (a) The following exhibits are stipulated into evidence in this case and may be so marked by the clerk:

    1. Henderson Police Report (conclusions of fault and private information redacted);
    2. Photographs;
    3. Advanced Orthopedics and Sports Medicine Billing and Records
    4. American Toxicology Billing and Records
    5. CareNow Billing and Records
    6. Desert Institute of Spine Care Billing and Records
    7. Las Vegas Radiology Billing and Records
    8. Pueblo Medical Billing and Records
    9. Rapid Rehab Billing and Records
    10. Ross Medical Billing and Records
    11. Seven Hills Surgery Center Billing and Records
    12. Shields Family Dentistry Billing and Records
    13. Valley Anesthesiology Billing and Records
    14. Valley Pain and Injury Specialists Billing and Records
    15. WellCare Pharmacy Billing

    16. Advanced Orthopedics & Sports Medicine Images

    17. Desert Institute of Spine Care Images

    18. Las Vegas Radiology Images

    19. Pueblo Medical Imaging Images

(b) As to the following additional exhibits, the parties have reached the stipulations stated:

  (1) Set forth stipulations on Plaintiff's exhibits.

  None at this time.

  (2) Set forth stipulations on Defendant's exhibits.

  None at this time.

(c) As to the following exhibits, the party against whom the same will be offered objects to their admission on the grounds stated:

  None.

(d) Electronic evidence: The parties do not intend to present any electronic evidence for purposes of jury deliberations at this time.

(e) Depositions: None at this time.

(f) Objections to Depositions: The parties object to the use of deposition transcripts and videotaped depositions of any witnesses offered by the parties, to the extent allowable by the rules of evidence, and consistent with the rules of unavailability.

## VII.

The following witnesses may be called by the parties at trial, though both parties reserve the right to call any witness identified herein by the opposing party:

(a) Provide names and addresses of Plaintiff's witnesses.

  1. Heriberto Plaza, Jr.
    c/o Clear Counsel Law Group
    1671 West Horizon Ridge Parkway, Suite 200
    Las Vegas, NV 89012

/ / /

PROPOSED JOINT PRE-TRIAL ORDER<br>CASE NO. 2:19-cv-1954-JCM-NJK

2. Advanced Orthopedics & Sports Medicine
30(b)(6) Designee, Person Most Knowledgeable, Custodian of Records
Michael Trainor, D.O.
8420 West Warm Springs Road, Suite 100
Las Vegas, Nevada 89113

3. Valley Pain & Injury Specialists
30(b)(6) Designee, Person Most Knowledgeable, Custodian of Records
Scott Martin, M.D., Pain Management
10120 S. Eastern Avenue, Suite 100
Henderson, Nevada 89052

4. Pueblo Medical Imaging
30(b)(6) Designee, Person Most Knowledgeable, Custodian of Records
Keith Lewis, M.D.
5495 S Rainbow Boulevard, Suite 203
Las Vegas, Nevada 89118

5. Shields Family Dentistry
30(b)(6) Designee, Person Most Knowledgeable, Custodian of Records
Andrew Shields III, DMD
601 Whitney Ranch Drive, Suite D-22
Henderson, Nevada 89014

6. CareNow Urgent Care
30(b)(6)Designee, Person Most Knowledgeable, Custodian of Records
Naomi Purdy, M.D.
2269 North Green Valley Parkway
Henderson, Nevada 89014

7. Rapid Rehab Physical Therapy
30(b)(6)Designee, Person Most Knowledgeable, Custodian of Records
Samantha Serwon, PT, DPT
8751 W. Charleston Blvd 270
Las Vegas, Nevada 89117

8. Ross Medical Group
30(b)(6)Designee, Person Most Knowledgeable, Custodian of Records
Douglas Ross, M.D.
2481 W. Horizon Ridge Pkwy, 100
Henderson, Nevada 89052

9. Las Vegas Radiology
30(b)(6) Designee, Person Most Knowledgeable, Custodian of Records
Jeffrey Markham, M.D.
7500 Smoke Ranch Road, Suite 100
Las Vegas, Nevada 89128

///

///

    10.    Desert Institute of Spine Care
             30(b)(6) Designee, Person Most Knowledgeable, Custodian of Records
             Andrew Cash, M.D.
             9339 West Sunset Road, Suite 100
             Las Vegas, Nevada 89148

(b)    Provide names and addresses of Defendant's witnesses.

    1.    Reynold Rimoldi, MD
          Nevada Orthopedic & Spine Center
          7455 West Washington Avenue, Suite 160
          Las Vegas, NV 89128

## VIII.

The attorneys or parties have met and jointly offer these three trial dates:

    April 12, 2021        April 26, 2021        May 3, 2021.

It is expressly understood by the undersigned that the Court will set the trial of this matter on one of the agreed-upon dates if possible; if not, the trial will be set at the convenience of the Court's calendar.

## IX.

It is estimated that the trial will take a total of five (5) to seven (7) days. A jury trial has been requested by Defendant.

## X.

The parties hereby certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, use of the Short Trial Program (General Order 2013-01), and the use of alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation. The parties have not agreed to trial by a magistrate judge or the use of the short trial program.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PROPOSED JOINT PRE-TRIAL ORDER
CASE NO. 2:19-cv-1954-JCM-NJK

APPROVED AS TO FORM AND CONTENT:

DATED this 2nd day of December, 2020

    CLEAR COUNSEL LAW GROUP

    By    */s/ Dustin E. Birch*
    JARED R. RICHARDS, ESQ.
    Nevada Bar No. 11254
    DUSTIN E. BIRCH, ESQ.
    Nevada Bar No. 10517
    Attorneys for Plaintiff

DATED this 2nd day of December, 2020

    McCORMICK, BARSTOW, SHEPPARD,
    WAYTE & CARRUTH LLP

    By    */s/ Wade M. Hansard*
    WADE M. HANSARD, ESQ.
    Nevada Bar No. 8104
    JONATHAN W. CARLSON, ESQ.
    Nevada Bar No. 10536
    Attorneys for Defendant

## XI.

## ACTION BY THE COURT

This case is set for ~~court~~/jury trial on the ~~fixed~~/stacked calendar on __June 21__, 2021/~~2022~~, at __9:00__ a.m./~~p.m.~~ in Courtroom __6A__. Calendar call will be held on __June 16__, 2021/~~2022~~, at __1:30__ ~~a.m.~~/p.m. in Courtroom __6A__.

This pretrial order has been approved by the parties to this action as evidenced by their signatures or the signatures of their attorneys hereon, and the order is hereby entered and will govern the trial of this case. This order may not be amended except by Court order and based upon the parties' agreement or to prevent manifest injustice.

DATED December 9, 2020.

    By    *James C. Mahan*
    UNITED STATES DISTRICT JUDGE

7