**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HERIBERTO PLAZA, JR.,

    Plaintiff,

v.

GEICO GENERAL INSURANCE CO.,

    Defendant.

Case No.: 2:19-cv-01954-JCM-NJK

**Order**

On January 12, 2021, the parties engaged in a Court-ordered settlement conference. Docket No. 41.  At the end of the settlement conference, an offer to settle the case remained open for a period of time.  *Id*.  As a result, the Court ordered the parties to file a joint status report, no later than January 22, 2021, advising the Court as to whether they reached a settlement in the instant case.  *Id*.

On January 21, 2021, the parties filed a joint status report stating that they had not reached a settlement in the instant case.  Docket No. 42.  On February 4, 2021, however, the parties filed a notice, informing the Court that they have now settled this case in full.  Docket No. 43.

Accordingly, the Court ORDERS the parties to file a stipulation to dismiss the instant case, no later than April 5, 2021.

IT IS SO ORDERED.

DATED: February 5, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE