1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Wade M. Hansard
   Nevada Bar No. 8104
3    *wade.hansard@mccormickbarstow.com*
   Jonathan W. Carlson
4  Nevada Bar No. 10536
     *jonathan.carlson@mccormickbarstow.com*
5  8337 West Sunset Road, Suite 350
   Las Vegas, Nevada 89113
6  Telephone:    (702) 949-1100
   Facsimile:     (702) 949-1101

Attorneys for GEICO GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HERIBERTO PLAZA, JR., an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>GEICO GENERAL INSURANCE COMPANY; DOES I through V; and ROE CORPORATIONS I through V,<br><br>        Defendants. | Case No. 2:19-cv-01954-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  Each party will bear their own costs and attorneys' fees.

2  DATED this 18th day of February, 2021

3                                      CLEAR COUNSEL LAW GROUP

By    /s/ *Dustin E. Birch*
      Jared R. Richards, Nevada Bar No. 11254
      Dustin E. Birch, Nevada Bar No. 10517
      1671 W. Horizon Ridge Pkwy, Suite 200
      Henderson, Nevada 89012
      Tel. (702) 476-5900

Attorneys for Plaintiff

DATED this 18th day of February, 2021

                                    McCORMICK, BARSTOW, SHEPPARD,
                                    WAYTE & CARRUTH LLP

By    /s/ *Jonathan W. Carlson*
      Wade M. Hansard, Nevada Bar No. 8104
      Jonathan W. Carlson, Nevada Bar No. 10536
      8337 West Sunset Road, Suite 350
      Las Vegas, Nevada 89113
      Tel. (702) 949-1100

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATED March 3, 2021.

                                    UNITED STATES DISTRICT JUDGE

7396765.1